

# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806      www.pryorcashman.com

**Megan E. Noh**

Direct Tel: 212-326-0153
Direct Fax: 212-326-0806
MNoh@PRYORCASHMAN.com

March 17, 2020

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

> Re:  **Capital Art, Inc. v. Bonhams & Butterfields Auctioneers Corporation, Case No. 1:20-cv-00180 (PKC)**

Dear Judge Castel:

We represent the defendant Bonhams & Butterfields Auctioneers Corporation ("Bonhams" or "Defendant") in the above-referenced action. We write with the consent of counsel for Plaintiff Capital Art, Inc. ("Plaintiff") to request an adjournment of the Initial Pretrial Conference scheduled for Wednesday, March 18, 2020 at 11:45 am in light of Defendant's counsel's childcare issues resulting from the current Coronavirus containment measures. This is the parties' first request for an adjournment. Counsel for the parties spoke with Your Honor's clerk, who advised that we should file this request via ECF. We appreciate the Court's courtesy.

Respectfully submitted,

Megan E. Noh

cc:  Richard Liebowitz, Esq. (via ECF)
     Felicity Kohn, Esq. (via ECF)

Conference Adjourned
From: March 18 (11:45a~
To: May 15 at ~
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 3-17-20