UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

CAPITAL ART, INC.

                             Plaintiff,

                 v.

BONHAMS & BUTTERFIELDS AUCTIONEERS
CORPORATION,

                             Defendant.
--------------------------------------------------------------X

:
:
:
:
:
:

Case No. 1:20-cv-00180

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the

undersigned will move this Court, the Honorable P. Kevin Castel presiding, at the Daniel

Patrick Moynihan United States District Court House, 500 Pearl Street, New York, New

York 10007, at a time and date to be determined by the Court, for an order that plaintiff

Capital Art, Inc. provide a more definite statement pursuant to Fed. R. Civ. P. 12(e) and

8(a).


Dated: New York, New York
       February 24, 2020

PRYOR CASHMAN LLP

In view of the filing of the
Amended Complaint (Doc. 12),
the motion for a more definite
statement (Doc. 8) is DENIED
as moot.
SO ORDERED.
Dated: 5/13/2020

P. Kevin Castel
United States District Judge

By: _/s/ Megan E. Noh_____
     Megan E. Noh
     Felicity S. Kohn
7 Times Square
New York, New York 10036
(212) 421-4100

*Attorneys for Defendant*